Filed 9/15/22  P. v. Body CA5

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>MANUEL BODY,<br><br>    Defendant and Appellant. | F084027<br><br>(Super. Ct. No. BF186336A)<br><br>**OPINION** |

### THE COURT[*]

APPEAL from a judgment of the Superior Court of Kern County.  Chad A. Louie, Judge.

Matthew J. Smith, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

[*]    Before Hill, P. J., Franson, J. and Peña, J.

Appointed counsel for defendant Manuel Body asked this court to review the record to determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) A letter was sent to defendant advising him of his right to file a supplemental brief within 30 days of the date of filing of the opening brief, but the letter was returned and could not be forwarded. Finding no arguable error that would result in a disposition more favorable to defendant, we affirm the judgment.

## BACKGROUND[1]

On July 14, 2021, the Kern County District Attorney charged defendant with failure to register or reregister as a sex offender (Pen. Code, § 290.015; count 1). The complaint further alleged defendant had suffered two prior "strike" convictions within the meaning of the "Three Strikes" law (Pen. Code, §§ 667, subds. (b)–(i), 1170.12, subds. (a)–(d)).

On August 12, 2021, defendant pled no contest to count 1 and admitted the two prior strike convictions in exchange for 16 months in prison and the striking of both prior strike convictions. Defendant was released on his own recognizance. After several continuances, defendant failed to appear and a bench warrant was issued.

On January 4, 2022, defendant appeared for sentencing. The trial court struck both prior strike convictions and sentenced defendant to 16 months in prison, as agreed. The court awarded custody credits and imposed various fines and fees.

On March 7, 2022, defendant filed a notice of appeal. The trial court granted his request for a certificate of probable cause.

## DISCUSSION

Having undertaken an examination of the entire record, we find no evidence of ineffective assistance of counsel or any other arguable error that would result in a disposition more favorable to defendant.

---

[1] The record does not contain a factual background.

## DISPOSITION

The judgment is affirmed.